# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rose, Thomas M. | U.S. District Ct., S.D. Ohio | 05/02/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (active) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

200 West Second Street
9th Floor, Federal Building
Dayton, OH 45402

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Rose and Buerger Farms LLP |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1976 | Public Employees Retirement System, no control, retirement |
| 2. | 2005 | Northwestern Mutual Individual retirement account - self directed (rolled from Ohio Deferred Comp Fund) |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | Ohio Public Employee Retirement System (Retirement) | $89,681.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Greene Co., OH/State of Ohio- Greene County Clerk of Courts/Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 05/02/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Franklin Co Hosp Rev Bond 11/1/23 (3531867K9) | A | Dividend | K | T | | | | | |
| 2. Chillicothe Ohio School Bonds (169196JZ6) | A | Dividend | J | T | | | | | |
| 3. Akron OH G.O. Bond 12/1/30 (010033P51) | A | Dividend | J | T | | | | | |
| 4. Centerville Ohio Hlth Ca (Bethany Lutheran) Vlg. Proj 11/17 | B | Interest | | | Redeemed | 01/01/17 | K | A | |
| 5. Mahoning County Ohio Gen Obligation Bonds12/1/21 | B | Interest | | | Redeemed | 12/01/17 | K | A | |
| 6. Cleveland Ohio ARPT Sys Revenue 1/1/18 | A | Interest | | | Redeemed | 01/03/17 | J | A | |
| 7. American Muni Power (02765UKH6) | A | Dividend | K | T | | | | | |
| 8. Ross County, OH Hosp Fac Rev. Bonds (Adena)(778260EY1) (12-1/28) | A | Interest | K | T | | | | | |
| 9. Cincinnati, OH Economic Dev Bonds (172254HX5) | A | Dividend | J | T | | | | | |
| 10. Cincinnati, OH Urban Reber Bonds (172309BA3) | A | Dividend | J | T | | | | | |
| 11. Coventry Ohio Local School District Bonds (222867DD2) | A | Dividend | J | T | | | | | |
| 12. Alerian MLP ETF | A | Interest | J | T | | | | | |
| 13. Deerfield Twp Ohio Tax Bonds (244570DC8) | A | Dividend | J | T | | | | | |
| 14. Johnson-Monroe Local School Dist | A | Dividend | J | T | | | | | |
| 15. Ohio University General Receipts Bonds (see VIII for explanation) | A | Dividend | J | T | | | | | |
| 16. Warrenville Heights Bonds (see VIII for explanation) | A | Dividend | J | T | | | | | |
| 17. Key Bank | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 05/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Ohio St. High Ed Fac. Comm Bond | A | Dividend | K | T | | | | | |
| 19. Carnival Cruise Lines | A | Dividend | J | T | | | | | |
| 20. Red Hat | A | Dividend | J | T | | | | | |
| 21. Boeing Co. Common Stock | A | Dividend | K | T | | | | | |
| 22. GE Common Stock | A | Dividend | | | Sold | 12/26/17 | K | A | |
| 23. Thornburg Value Fund Class A Re/Re/Re 50586 | A | Dividend | K | T | | | | | |
| 24. Thornburg Invest. Income Class A 50590 | B | Dividend | K | T | | | | | |
| 25. Johnson and Johnson | A | Dividend | J | T | | | | | |
| 26. Caterpillar | A | Dividend | K | T | | | | | |
| 27. Facebook Common Stock | A | Dividend | K | T | | | | | |
| 28. | | | | | Sold (part) | 08/29/17 | J | A | |
| 29. Cisco | A | Dividend | K | T | | | | | |
| 30. Weyerhaeuser stock | A | Dividend | K | T | | | | | |
| 31. Timkin | A | Dividend | J | T | | | | | |
| 32. Akamai | A | Dividend | J | T | | | | | |
| 33. Wells Fargo | A | Dividend | J | T | | | | | |
| 34. Dow Chemical | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 05/02/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. TJX | A | Dividend | J | T | | | | | |
| 36. Alcoa | A | Dividend | J | T | | | | | |
| 37. Ambarella (AMBA) | A | Dividend | | | Sold | 12/20/17 | J | A | |
| 38. Starbucks (SBUX) | A | Dividend | | | Sold | 12/20/17 | J | A | |
| 39. Fidelity Advisor Mid Capp II Fund FLLMX | A | Dividend | J | T | Sold (part) | 01/31/17 | J | A | |
| 40. Fidelity Advisor New Insights Fund Class FINSX | A | Dividend | K | T | Sold (part) | 01/31/17 | J | A | |
| 41. New World Fund Class F-2 NFFFX | A | Dividend | K | T | | | | | |
| 42. Deutsche Ehance Commodity Strategy Fund Inst. SKIRX | A | Dividend | J | T | | | | | |
| 43. The Oakmark International Fund OAKIX | A | Dividend | K | T | Sold (part) | 01/31/17 | J | A | |
| 44. MFS Value Fund Class MEIIX | A | Dividend | K | T | Sold (part) | 03/13/17 | J | A | |
| 45. Dreyfus Ins. Deposit DIDI | A | Dividend | J | T | | | | | |
| 46. T Rowe Price Real Estate TRREX | A | Dividend | J | T | Sold (part) | 01/31/17 | J | A | |
| 47. Templeton Global Bond Fund Class A TGBAX | A | Dividend | | | Sold | 03/13/17 | J | A | |
| 48. Northern Small Cap Value Fund NOSGX | A | Dividend | J | T | Sold (part) | 01/31/17 | J | A | |
| 49. Pimco Income Fund Class PONPX | B | Dividend | K | T | Sold (part) | 01/31/17 | J | A | |
| 50. Europacific Growth Fund (Am Imos) AEPFX | A | Dividend | K | T | | | | | |
| 51. Am. Century Diversified Bonds ADFIX | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 05/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Dodge & Cox Income Fund DODIX | A | Dividend | K | T | | | | | |
| 53. Hartford World Bond Fund HWDIX | A | Dividend | J | T | | | | | |
| 54. Int Growth & Income Fund (Am Funds) IGFFX | A | Dividend | | | Sold | 03/13/17 | J | A | |
| 55. John Hancock Discp Fund JVMIX | A | Dividend | J | T | Sold (part) | 01/31/17 | J | A | |
| 56. Metropolitan West Total Return Fund MWTIX | A | Dividend | | | Sold | 03/13/17 | J | A | |
| 57. The Oakmark Inter Small Cap Fund OAKEX | A | Dividend | J | T | Buy | 03/13/17 | J | | |
| 58. Finish Line FINL | A | Dividend | J | T | Buy | 12/18/17 | J | | |
| 59. Mahoning Co. Swr System 560072CE8 | A | Dividend | K | T | Buy | 12/01/17 | K | | |
| 60. County of Hamilton GO Bond 40727TCT9 | A | Dividend | K | T | Buy | 10/30/17 | K | | |
| 61. Franklin Cty School Bond 354172HUS | A | Dividend | K | T | Buy | 08/17/17 | K | | |
| 62. Ohio State Hosp Fac Rev Bond 67756IKP6 | A | Dividend | K | T | Buy | 08/17/17 | K | | |
| 63. Chillicothe Hosp Fac Bond 169203AJ5 | A | Dividend | J | T | Buy | 06/17/17 | J | | |
| 64. Lancaster City School Bd 514264DP2 | A | Dividend | K | T | Buy | 01/04/17 | K | | |
| 65. Burkshire Hathaway BRKB | A | Dividend | K | T | Buy | 10/20/17 | K | | |
| 66. | A | | | | Buy | 06/07/17 | K | | |
| 67. India Fund Inc. (IFN) | A | Dividend | K | T | Buy | 05/22/17 | K | | |
| 68. International Paper Inc (IP) | A | Dividend | J | T | Buy | 06/07/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 05/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. International Business (IBM) | A | Dividend | K | T | Buy | 12/26/17 | K | | |
| 70. Carlyle Group LP (CG) | A | Dividend | J | T | Buy | 02/23/17 | J | | |
| 71. Ohio St Higher Education Fac Com 67756DHG4 See VIII for explantion | A | Dividend | J | T | | | | | |
| 72. Sweney Cartwright Stock Cash Account | C | Interest | M | T | | | | | |
| 73. Rose and Buerger Farms LLP | A | Distribution | L | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 05/02/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Redeemed 10/27/2016

Franklin Co. Health Care Fac Bond (Ohio Presb) 7/1/26 (353180GK2) /A /Dividend /Redeemed /10/27/16 /J /A


Sold 12/22/16

Twitter    /A /Dividend /Sold /12/22/16 /J /A


Bought 1/27/16

Ohio St Higher Education Fac Com 67756DHG4   /A /Dividend /J /T /Buy /1/27/16 /J

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas M. Rose**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544